IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RAYMOND E. MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-0114 |
| ) | |
| THE METROPOLITAN GOVERNMENT OF ) | Judge Haynes |
| NASHVILLE AND DAVIDSON COUNTY, ) | Magistrate Judge Brown |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT ~~PROPOSED~~ AMENDED CASE MANAGEMENT ORDER

Pursuant to Local Rule 16.01 (d), and as evidenced by the signatures of counsel below, the parties submit the following amendments to the current case management order (Docket Entry No. 20).

Defendant's expert witness declaration to Plaintiff pursuant to 26(a)(2)(B) shall be made by December 15, 2009.

All discovery shall be completed by the close of business on February 26, 2010.

All discovery related statements shall be filed by the close of business on March 10, 2010.

Any supplements to expert reports shall be filed by the close of business January 1, 2010.

All dispositive motions shall be filed by the close of business on April 1, 2010.

All responses to dispositive motions shall be filed by the close of business on April 22, 2010.

Any reply shall be filed by the close of business on April 29, 2010.

Motions in Limine shall be filed July 14, 2010. Responses shall be filed July 28, 2010.

A joint proposed pre-trial order, jury instructions, briefs on damages, and stipulations

R:\L\L\L-14000+\L-14930\Orders\PropAmendedCMO.doc 11/17/2009   Case 3:09-cv-00114   Document 26-1   Filed 11/17/09   Page 1 of 3

Case 3:09-cv-00114   Document 46   Filed 04/22/10   Page 1 of 2 PageID #: 921

shall be filed August 16, 2010.

A pre-trial conference shall be held on August 23, 2010 at 3:00 a.m./~~p.m.~~

The trial date for this matter shall be moved from June 8, 2010 (Docket Entry No. 25) to

**August 31, 2010.**

It is so **ORDERED**.

ENTERED this the 3rd day of April, 2009.

_____
WILLIAM J. HAYNES, JR.
United States District Judge

**APPROVED FOR ENTRY:**

s/Kevin H. Sharp
Kevin H. Sharp, #16287
1720 West End Ave., Suite 300
Nashville, Tennessee 37203
(615) 425-7111
*Attorney for Plaintiff*

s/Jeffrey S. Frensley
Jeffrey S. Frensley, #17358
211 Third Avenue North
P.O. Box 198288
Nashville, TN 37219
(615) 256-2111
*Attorney for Defendant James Kemper*

s/Stafford McNamee, Jr.
Stafford McNamee, Jr., #3739
109 Westpark Drive, Suite 300
Brentwood, TN 37027
(615) 661-5472
*Attorney for Defendant Timothy McLaughlin*