IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND E. MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action, Case No. 3:09-cv-00114 |
| vs. ) | |
| ) | JURY DEMAND |
| METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | JUDGE HAYNES |
| TIMOTHY McLAUGHLIN, Individually,) | MAGISTRATE JUDGE BROWN |
| and JAMES KEMPER, Individually ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, it appearing to the Court based upon the Joint Motion to Dismiss filed by Plaintiff Raymond Matthews and Defendant Timothy McLaughlin that all matters between them in this case have been resolved;

IT IS HEREBY ORDERED, that any and all claims that Plaintiff raised against Defendant McLaughlin in this action are hereby dismissed with prejudice. Each party shall bear his own costs.

It is so ORDERED.

ENTERED this 20th day of May, 2010

_____
Judge William J. Haynes, Jr.