IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAYMOND E. MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:09-00114 |
| ) | JUDGE HAYNES |
| THE METROPOLITAN GOVERNMENT ) | |
| OF NASHVILLE AND DAVIDSON ) | |
| COUNTY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the parties' stipulation of dismissal (Docket Entry No. 82) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 18th day of October, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge